**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**LYDIA ROBERTA**
**BLACKMON and**
**AISHA A. SANDERS**                                                    **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO. 5:21-cv-62-KS-BWR**

**ADAMS COUNTY,**
**MISSISSIPPI et al.**                                              **DEFENDANTS**

**JUDGMENT OF DISMISSAL**

This cause comes before the Court *sua sponte*, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 4th day of January 2024.


                                    /s/ Keith Starrett
                            KEITH STARRETT
                            UNITED STATES DISTRICT JUDGE